

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00238-CV

| | | |
|---|---|---|
| James L. Mundie Jr. | § | From the 211th District Court |
| | § | of Denton County (F-2001-0225-C) |
| v. | | |
| | § | December 22, 2016 |
| The State of Texas | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier